ARTHUR P. BAMFORD, petitioner-appellant,

*v.*

MARGUERITE BAMFORD, defendant-respondent.

[Submitted February 14th, 1947. Decided May 15th, 1947.]

*Mr. Benjamin M. Ratner,* for the appellant.

*Mr. Herman E. Dultz,* for the respondent.

PER CURIAM.

Our examination of the record and the arguments of counsel leads to the conclusion that the order under review should be affirmed.

The order is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ. 14.

*For reversal*—None.